IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE DIGITAL TURBINE, INC.  )   Case. No. 1:22-cv-01429-WCB
DERIVATIVE LITIGATION        )   (Consolidated)
                             )

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs John Witt and Mark Jameson ("Plaintiffs"), Individual Defendants William Stone, Barrett Garrison, Robert Deutschman, Roy H. Chestnutt, Jeffrey Karish, Holly Hess Groos, Mohan S. Gyani, and Michelle Sterling ("Individual Defendants"), and Nominal Defendant Digital Turbine, Inc. ("Digital Turbine") (collectively, "Defendants" and, with Plaintiffs, the "Parties") hereby stipulate that this action be dismissed without prejudice as to all claims and causes of action, with each party bearing that party's own attorneys' fees and costs.

Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because the dismissal is without prejudice and no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiffs or Plaintiffs' attorneys, and no promise to give any such compensation has been made.

FARNAN LLP

OF COUNSEL:

THE BROWN LAW FIRM, P.C.
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
(516) 922-5427
tbrown@thebrownlawfirm.net

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

OF COUNSEL:

KING & SPALDING LLP
Paul R. Bessette
Michael J. Biles
500 West 2nd Street, Suite 1800
Austin, TX 78701
(512) 457-2000
pbessette@kslaw.com
mbiles@kslaw.com

*/s/ Elizabeth A. Mullin Stoffer*
S. Mark Hurd (#3297)
Elizabeth A. Mullin Stoffer (#6380)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
shurd@morrisnichols.com
emullin@morrisnichols.com
*Attorneys for Defendants*

November 25, 2024

SO ORDERED this 25th day of November, 2024.

_____
The Honorable William C. Bryson